**DAL–TILE CORPORATION,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–
Appellant.**

No. 01–1076.

United States Court of Appeals,
Federal Circuit.

DECIDED: Jan. 4, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re LESCONCIERGES, INC.**

No. 01–1066.

United States Court of Appeals,
Federal Circuit.

DECIDED: Jan. 4, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**T & S PRODUCTS, INC.,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee,**

and

**The Ensemble Company, Defendant.**

No. 01–5032.

United States Court of Appeals,
Federal Circuit.

DECIDED: Jan. 5, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).